In the Matter of the Application of LORETTA MANGENE, as Administratrix with the Will Annexed, etc., of ANGELO MANGENE, Deceased, to Discover Certain Property of Said Decedent Claimed to Be Withheld from His Estate. LORETTA MANGENE, as Administratrix with the Will Annexed, etc., of ANGELO MANGENE, Deceased, Appellant; MARY T. MANGENE, CLEMENT J. CONATY and LOUISE CONATY, Respondents.— Appeal from an order of the Surrogate's Court of Westchester county, in so far as it denied a discovery and examination of the respondents. Order affirmed, with ten dollars costs and disbursements. The nature and whereabouts of the property in question being known to the administratrix and an examination respecting it having been directed as to the several banks which were concerned with such items of property, it was proper to deny an examination of the respondents, since their answer affirmatively alleged title and right to possession of the items of property involved. Under such circumstances their examination in discovery proceedings was not authorized by section 206 of the Surrogate's Court Act. Lazansky, P. J., Carswell, Johnston, Adel and Close, JJ., concur.

In the Matter of the Petition of GEORGE FORREST WHEELER, for an Order Authorizing and Directing IRVING TRUST COMPANY and ARTHUR BUTLER GRAHAM, as Trustees under the Last Will and Testament of JENNIE FORREST WHEELER, Deceased, to Pay Petitioner the Sum of $15,000.00 from the Corpus of the Trust Created for the Benefit of Said Petitioner under Said Last Will and Testament for the Purpose of Providing and Equipping a Home for Himself and His Family, as Provided in Paragraph " Third " of a Codicil to Will of Said Deceased. GEORGE FORREST WHEELER, Appellant; IRVING TRUST COMPANY and ARTHUR BUTLER GRAHAM, as Trustees under the Last Will and Testament of JENNIE FORREST WHEELER, Deceased, and JAMES A. DAYTON, as Special Guardian for ABIGAIL FORREST WHEELER and MARY DEAN WHEELER, Infants, etc., Respondents.— Appeal from a decree of the Surrogate's Court of Queens county denying the application of the petitioner for payment out of the corpus of the trust created under the last will and testament of Jennie Forrest Wheeler, deceased. Decree unanimously affirmed, with costs to all parties filing briefs, except the petitioner, payable out of the estate. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Close, JJ.

PHILIP KORNBLUM, Respondent, v. LILLIAN HOROWITZ, Appellant, and SOLOMON KORNBLUM, Defendant.— Action for damages for personal injuries suffered by plaintiff, a passenger in appellant's car, as a consequence of it being overturned following a negligent turning of the car from one lane of traffic into another. Judgment for the plaintiff unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Adel and Taylor, JJ.